PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
JOHN C. GERARDI
CHARLES A. O'REILLY
Trial Attorneys
United States Department of Justice, Tax Division
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JASON MOUNTFORD,<br><br>Defendant. | CASE NO. 2:23-cr-00282-TLN<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE/ARRAIGNMENT**; **[PROPOSED] ORDER**<br><br>CURRENT DATE: December 15, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes<br><br>PROPOSED NEW DATE: January 3, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

On November 1, 2023, the government filed an Information against Mountford, charging him with one count of Conspiracy to File False Claims, in violation of 18 U.S.C. § 286. *See* ECF No. 1. Based on Mountford's promise to voluntarily appear, his initial appearance and arraignment was scheduled for November 15, 2023, and a Change of Plea hearing was scheduled for November 16, 2023. *See* ECF Nos. 3-5, 9.

On November 15, 2023, the government and the Court were informed that Mountford had been convicted of two misdemeanor counts of California Penal Code § 647(j)(4)(A) by the Superior Court of California, Monterey County, and remanded to custody, the week prior. Because of Mountford's

MOUNTFORD – STIPULATION TO CONTINUE INITIAL APPEARANCE

1

inability to appear, on his counsel's request, the Court continued his initial appearance and arraignment to December 15, 2023, with the expectation that he would be released from state custody by that date. *See* ECF No. 10.

Mountford remains in state custody and his projected release date is now December 22, 2023. Accordingly, **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, that the initial appearance and arraignment currently scheduled for December 15, 2023, be continued to January 3, 2024.

To the extent it applies, the parties agree that time should be excluded for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(3)(A) and (B) (Local Code M – unavailability of defendant) from December 15, 2023, through and including January 3, 2024.

Dated: December 8, 2023	PHILLIP A. TALBERT
	United States Attorney

	By:	/s/ DHRUV M. SHARMA
		DHRUV M. SHARMA
		Assistant United States Attorney

Dated: December 8, 2023	HEATHER E. WILLIAMS
	Federal Defender

	By:	/s/ CHRISTINA SINHA
		CHRISTINA SINHA
		Assistant Federal Defender

# O R D E R

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

It is ordered that the December 15, 2023 initial appearance and arraignment shall be continued until January 3, 2024, at 2:00 p.m., before Hon. Deborah Barnes. Defendant Richard Jason Mountford is hereby ordered to appear at the above date and time.

Time under the Speedy Trial Act, to the extent it is applicable, is excluded from December 15, 2023, through and including January 3, 2024.

Dated:  December 11, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE