PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
JOHN C. GERARDI
CHARLES A. O'REILLY
Trial Attorneys
United States Department of Justice, Tax Division
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD JASON MOUNTFORD,<br><br>　　　　　　　　　　　Defendant. | CASE NO.  2:23-cr-00282-TLN<br><br>STIPULATION TO MODIFY SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND ASSOCIATED DATES, AND TO CONTINUE SENTENCING HEARING; ORDER<br><br>CURRENT JUDGMENT AND SENTENCING: April 11, 2024<br>PROPOSED NEW JUDGMENT AND SENTENCING: June 6, 2024<br><br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On January 4, 2024, the Court issued a schedule regarding the disclosure of a pre-sentence report, the dates to file objections and a date for judgment and scheduling in this matter. *See* ECF No. 20.

2. Because of a backlog with the U.S. Probation Office and at the request of the Probation Officer, the parties have agreed to, and hereby request that the Court adopt, a modification of the

schedule and a continuation of the date set for judgment and sentencing as follows:

| | |
|---|---|
| Judgment and sentencing date | June 6, 2024, at 9:30 a.m. |
| Reply or statement of non-opposition | May 30, 2024 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 23, 2024 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | May 16, 2024 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 9, 2024 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | April 25, 2024 |

IT IS SO STIPULATED.

Dated: March 11, 2024                     PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ DHRUV M. SHARMA
                                          DHRUV M. SHARMA
                                          Assistant United States Attorney

Dated: March 11, 2024                     /s/ CHRISTINA SINHA
                                          CHRISTINA SINHA
                                          Counsel for Defendant
                                          RICHARD JASON
                                          MOUNTFORD

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of March, 2024.

_____
Troy L. Nunley
United States District Judge