HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
christina_sinha@fd.org

Attorneys for Defendant
RICHARD JASON MOUNTFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-282-TLN |
| Plaintiff, | **ORDER** |
| vs. | |
| RICHARD JASON MOUNTFORD, | Judge: Chief Hon. Troy L. Nunley |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits A and B to Mr. Mountford's sentencing memorandum, which contain protected personally identifying information and confidential medical information is GRANTED so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: December 12, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

Order to Seal -1- *United States v. Mountford,* 2:23-CR-00282-TLN