HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
RICHARD JASON MOUNTFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-282-TLN |
| Plaintiff, | **ORDER GRANTING EXTENTION OF SELF-SURRENDER DATE** |
| vs. | |
| RICHARD JASON MOUNTFORD, | Judge: Hon. Troy L. Nunley, Chief District Judge |
| Defendant. | |

The Court, having received and considered the defense's unopposed motion to extend the self-surrender date, and good cause appearing therefrom, hereby continues the defendant's self-surrender date to **March 31, 2025, at 12:00 P.M.** The defendant is ordered to self-surrender to FPC Montgomery, Maxwell Air Force Base, Montgomery, AL 36112, or any other facility designated by the Bureau of Prisons, on or before that date and time.

IT IS SO ORDERED.

Dated: January 31, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE